### UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
NEW YORK, NEW YORK 10007

CHAMBERS OF
JOHN E. SPRIZZO
DISTRICT JUDGE

May 16, 2008

White , Fleischner, et al.
Att: Deanna Hazan
61 Broadway - 18 flr
New York, New York  10005

re: Tirado v N.J.Express
08 Civ. 1888 (JES)

        The above-captioned action has been assigned to this Court.
A Pre-Trial Conference has been scheduled in Courtroom 21C, at 500
Pearl Street for

        Thursday, May 29, 2008 at 3:00 P.M.


        My conference schedule is arranged on a calendar call system.
All lawyers appearing for such conferences must appear by 3:00PM
to have their appearances noted by the Deputy Clerk.  The call of
the calendar will begin at 3PM or as soon thereafter as all
appearances have been noted by the Deputy Clerk.  All matters
involving discovery disputes and pre-motion conferences shall be
heard on the second call of the calendar.  Counsel should check the
New York Law Journal the week of the scheduled conference to
determine the order in which the cases will be called.

        All calls pertaining to Pre-Trial Conferences or scheduling
matters should be directed to my deputy clerk, Ms. Linda Kotowski, at
212-805-6143.

        Counsel is directed to advise counsel for your adversary of
the substance of this letter, in writing, and to forward a copy of
said written communication to this Court.

        All DELIVERIES are to be brought to the MAIL ROOM - Room 870
at 500 Pearl Street.

        DO NOT COME TO CHAMBERS UNLESS SPECIFICALLY DIRECTED BY THE
COURT.

                                Very truly yours,

                                John E. Sprizzo
                                United States District Judge