USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

TIRADO,

                    Plaintiff,

          - against -                           08 Civ. 1888 (JES)

N. JERSEY EXPRESS,                              ORDER
INC. ET AL.,

                    Defendant(s).

----------------------------------------X

     Counsel to all parties in the above-captioned action having
appeared before the Court for a Pre-Trial Conference on May 29, 2008,
and the Court having considered all matters raised, it is

     **ORDERED** that, as discussed at the aforementioned Conference, all
fact discovery in the above-captioned action shall be completed on or
before September 29, 2008; and it is further

     **ORDERED** that, as discussed at the aforementioned Conference, all
expert discovery in the above-captioned action shall be completed on or
before October 29, 2008; and it is further

     **ORDERED** that a Pre-Trial Conference shall occur on November 6, 2008
at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.


Dated:    New York, New York
          May 29, 2008


                                        _____
                                             John E. Sprizzo
                                        United States District Judge